# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133912

JOHN ROBERT UMBARGER, #251202

       Plaintiff-Appellant,

v

       SC: 133912
       CoA: 277255

DEPARTMENT OF CORRECTIONS,

       Defendant-Appellee.
_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 15, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

jm                                     Clerk